UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DANA BEHRENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:20cv254 SNLJ |
| | ) |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM and ORDER

Plaintiff filed this Social Security appeal on February 13, 2020. In compiling the administrative record in this case, the defendant Commissioner determined that the matter should be remanded and filed a motion to remand [#11]. The defendant requests "that the Court remand this action to the Commissioner pursuant to sentence six of 42 U.S.C. § 405(g)." A remand under sentence six does not include a ruling on the merits of the case; thus, defendant states that the decision of the Commissioner should not be reversed. The Court will retain jurisdiction until the post-remand proceedings are completed and the Commissioner has filed the results with the Court. Upon receipt of the Court's remand order, the Appeals Council will remand this case to an ALJ with instructions to consider the medical evidence from Saint Louis MHB, Independence Center, and Community Support Services, dated May 30, 2019 through November 14, 2019, take any other needed actions to complete the record, and issue a new decision.

Plaintiff does not object to the defendant's motion.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion for remand is GRANTED [#11].

**IT IS FURTHER ORDERED** that this matter is REMANDED to the Commissioner pursuant to sentence six of 42 U.S.C. § 405(g) for the reasons set forth in this Memorandum and Order.

**IT IS FINALLY ORDERED** that this Court retains jurisdiction until the post-remand proceedings are completed and the Commissioner has filed the results with the Court.

Dated this 21st day of July, 2020.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE